AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN DIVISION**

| | |
|---|---|
| TAMELA P. BARNES,<br>    Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant. | **JUDGMENT**<br>**CASE NO. 4:12-CV-254-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court GRANTS the Commissioner's Motion for Judgment on the Pleadings [D.E. 29], DENIES Plaintiff's Motion [D.E. 25], and AFFIRMS the Commissioner's final decision.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 13, 2014,** WITH A COPY TO:

Lawrence Wittenberg (via CM/ECF electronic notification)
Amanda B. Gilman (via CM/ECF electronic notification)

| | |
|---|---|
| <u>January 13, 2014</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br><u>/s/Debby Sawyer         </u><br>(By) Deputy Clerk |

Raleigh, North Carolina